# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-04-00509-CR
NO. 03-04-00510-CR

**Jeremiah Felix, Appellant**
**&**
**Jeremiah Luke Felix, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURTS OF TOM GREEN COUNTY**
**51ST & 119TH JUDICIAL DISTRICTS**
**NOS. A-02-0927-S & B-01-0836-S, HONORABLE TOM GOSSETT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In cause number A-02-0927-S, appellant Jeremiah Luke Felix pleaded guilty to attempting to obtain a controlled substance by fraud. *See* Tex. Health & Safety Code Ann. § 481.129 (West 2003). He was adjudged guilty, sentenced to ten years' imprisonment and a $500 fine, and placed on community supervision. In cause number B-01-0836-S, appellant pleaded guilty to aggravated assault. *See* Tex. Pen. Code Ann. § 22.02 (West Supp. 2004-05). The court deferred adjudication and placed him on community supervision. The State later moved to revoke and adjudicate. Following a combined hearing on both motions at which appellant pleaded true to most of the alleged violations, the court revoked probation and imposed sentence in the first cause. The court adjudged appellant guilty and imposed a ten-year prison sentence in the second cause.

Appellant's court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's brief and agree that the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeals. Counsel's motion to withdraw is granted.

We affirm the order revoking community supervision in cause number A-02-0927-S and the judgment of conviction in cause number B-01-0836-S.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Affirmed

Filed: March 10, 2005

Do Not Publish

2